# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTONIO HUERTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-00801-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER EAJA<br><br>(ECF No. 20) |

Mario Antonio Huerta ("Plaintiff") filed the complaint in this action on May 25, 2023. (ECF No. 1.) On September 20, 2023, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 18, 19.) On September 27, 2023, the parties filed a stipulation for the award of attorney fees in the amount of $8,000.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF No. 20.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $8,000.00.

IT IS SO ORDERED.

Dated: **September 27, 2023**

UNITED STATES MAGISTRATE JUDGE